MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ANJAN GEWALI, Nevada Bar No. 14054
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Troy Benson*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TROY BENSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; and JOSEPH LOMBARDO, individually and in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department,<br><br>Defendants. | Case. No.: 2:21-cv-01928-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL DISMISSAL [ECF No. 10]**<br><br>**(FIRST REQUEST)** |

Plaintiff TROY BENSON, and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT AND JOSEPH LOMBARDO (collectively "Parties") by and through their respective counsel, hereby stipulate to the following:

1. The Parties hereby agree and stipulate that Plaintiff TROY BENSON shall have an additional twenty-eight (28) days to file his Response in Opposition to Defendants' Motion for Partial Dismissal (ECF No. 10) filed on November 1, 2021.

2. The current Response deadline is November 14, 2021 and the requested extension would make the new deadline be December 6, 2021.

3. This extension of time is necessary to because counsel for Plaintiff will be out of the jurisdiction for a week during this time period. Additionally, an associate has recently left the undersigned's law firm, which necessitates hiring and training of a new associate. Furthermore, the undersigned has several competing deadlines during this time

period.

4. This is the first stipulation for an extension of time in this matter and the requested additional time to is ensure proper representation of the Parties' interests and quality briefing.

5. This request is made in good faith and is not sought for any improper purpose or for the purpose of delay.

**IT IS SO STIPULATED.**

DATED this 5th day of November, 2021.          DATED this 5th day of November, 2021.

**MCLETCHIE LAW**                               **MARQUIS AURBACH COFFING**

*/s/ Margaret A. McLetchie*                     */s/ Nicholas D. Crosby*
Margaret A. McLetchie, NBN 10931                Nicholas D. Crosby, NBN 8996
Anjan Gewali, NBN 14054                         10001 Park Run Drive
602 South Tenth Street                          Las Vegas, Nevada 89145
Las Vegas, NV 89101                             *Attorney for Defendants Las Vegas*
*Attorneys of Plaintiff Troy Benson*            *Metropolitan Police Department and Joseph Lombardo*

**ORDER**

**IT IS SO ORDERED.**



RICHARD E. BOULWARE, II
United States District Court

DATED this 9th day of November, 2021.