MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ANJAN GEWALI, Nevada Bar No. 14054
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Troy Benson*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TROY BENSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; and JOSEPH LOMBARDO, individually and in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department,<br><br>Defendants. | Case. No.: 2:21-cv-01928-RFB-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE AND RESET 01/17/2022 EARLY NEUTRAL EVALUATION SESSION [ECF No. 20]**<br><br>**(FIRST REQUEST)** |

Plaintiff TROY BENSON, and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT AND JOSEPH LOMBARDO (collectively "Parties") by and through their respective counsel, hereby stipulate to the following:

IT IS HEREBY STIPULATED that, at the initiation of Plaintiff's undersigned counsel, the Early Neutral Evaluation Session which is currently set for January 17, 2022 at 9:00 a.m. by ECF No. 20 before United States Magistrate Judge Daniel J. Albregts be vacated due to the unavailability of Plaintiff Troy Benson.

IT IS FURTHER STIPULATED that the following five (5) alternative dates have been confirmed by all parties and their counsel to be available for rescheduling the Early Neutral Evaluation Session at the Court's convenience:

1.   February 7, 2022;

2.   February 8, 2022;

1

3. February 9, 2022;

4. February 10, 2022; and

5. February 14, 2022.

With this resetting, the parties will be submitting their confidential written Early Neutral Evaluation statements for the Court's *in camera* review by February 1, 2022, and agree to comply with all other aspects of the Court's Order Scheduling the Early Neutral Evaluation (ECF No. 20.)

This request is made in good faith and is not sought for any improper purpose or for the purpose of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 18th day of November, 2021. | DATED this 18th day of November, 2021. |
| **MCLETCHIE LAW** | **MARQUIS AURBACH COFFING** |
| */s/ Margaret A. McLetchie* | */s/ Nicholas D. Crosby* |
| Margaret A. McLetchie, NBN 10931 | Nicholas D. Crosby, NBN 8996 |
| Anjan Gewali, NBN 14054 | 10001 Park Run Drive |
| 602 South Tenth Street | Las Vegas, Nevada 89145 |
| Las Vegas, NV 89101 | *Attorney for Defendants Las Vegas Metropolitan Police Department and Joseph Lombardo* |
| *Attorneys of Plaintiff Troy Benson* | |

**ORDER**

IT IS THEREFORE ORDERED that the early neutral evaluation session is rescheduled for Monday, February 7, 2022 at 10:00 a.m.  The parties shall submit their confidential written early neutral evaluation statements by February 1, 2022.  All other provisions of the court's previous order (ECF No. 20) regarding the ENE remain in effect.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 19, 2021

2