MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorney for Plaintiff Troy Benson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TROY BENSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; and JOSEPH LOMBARDO, individually and in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department,<br><br>Defendants. | Case. No.: 2:21-cv-01928-RFB-BNW<br><br>**PLAINTIFF TROY BENSON'S MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

Plaintiff TROY BENSON, by and through his attorney of record, Margaret A. McLetchie, of the law firm McLetchie Law, hereby requests that Anjan Gewali be removed from the list of counsel to be notified. Mr. Gewali is no longer with the law firm McLetchie Law.

DATED this 22nd day of November, 2021.

*/s/ Margaret A. McLetchie*
MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorney for Plaintiff Troy Benson*

**Order**
**IT IS SO ORDERED**
**DATED:** 1:22 pm, November 23, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

1