MARGARET A. MCLETCHIE, Nevada Bar No. 10931
ANJAN GEWALI, Nevada Bar No. 14054
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Troy Benson*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TROY BENSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; and JOSEPH LOMBARDO, individually and in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department,<br><br>Defendants. | Case. No.: 2:21-cv-01928-RFB-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE AND RESET 02/07/2022 EARLY NEUTRAL EVALUATION SESSION [ECF No. 23]**<br><br>**(SECOND REQUEST)** |

Plaintiff TROY BENSON, and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT AND JOSEPH LOMBARDO (collectively "Parties") by and through their respective counsel, hereby stipulate to the following:

IT IS HEREBY STIPULATED that, at the initiation of Plaintiff's undersigned counsel, the Early Neutral Evaluation Session, which is currently set for February 7, 2022, at 10:00 a.m. by ECF No. 23 before United States Magistrate Judge Daniel J. Albregts be vacated due to the unavailability of Plaintiff Troy Benson because of a COVID-19 infection.

IT IS FURTHER STIPULATED that the following five (5) alternative dates have been confirmed by all parties and their counsel to be available for rescheduling the Early Neutral Evaluation Session at the Court's convenience:

1. March 16th, 2022;
2. March 18th, 2022;

1

   3.  March 29th, 2022.

   4.  March 30th, 2022; and

   5.  March 31st, 2022.

With this resetting, the parties will be submitting their confidential written Early Neutral Evaluation statements for the Court's *in camera* review ten (10) days prior to the Early Neutral Evaluation Session and agree to comply with all other aspects of the Court's Order Scheduling the Early Neutral Evaluation (ECF No. 20.)

This request is made in good faith and is not sought for any improper purpose or for the purpose of delay.

**IT IS SO STIPULATED.**

DATED this 1st day of February 2022.　　　DATED this 1st day of February 2022.

**MCLETCHIE LAW**　　　　　　　　　　**MARQUIS AURBACH COFFING**

*/s/ Margaret A. McLetchie*　　　　　　　*/s/ Nicholas D. Crosby*
Margaret A. McLetchie, NBN 10931　　　Nicholas D. Crosby, NBN 8996
Anjan Gewali, NBN 14054　　　　　　　10001 Park Run Drive
602 South Tenth Street　　　　　　　　 Las Vegas, Nevada 89145
Las Vegas, NV 89101　　　　　　　　　*Attorney for Defendants Las Vegas*
*Attorneys of Plaintiff Troy Benson*　　　　*Metropolitan Police Department and Joseph Lombardo*

**ORDER**

IT IS SO ORDERED.  The Early Neutral Evaluation scheduled for February 7, 2022 is **VACATED** and **RESET** for **Wednesday, March 16, 2022 at 10:00 a.m.** via video conference.  IT IS FURTHER ORDERED that the confidential evaluation statements are due by Noon on **Wednesday, March 9, 2022.**  All other provisions of the Court's Order (ECF No. 20) remain in effect.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 2, 2022