MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Attorneys for Plaintiff Troy Benson*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TROY BENSON, an individual, | **Case. No.: 2:21-cv-01928-RFB-BNW** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE AND RESET 05/05/2022 EARLY NEUTRAL EVALUATION SESSION [ECF No. 36]** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; and JOSEPH LOMBARDO, individually and in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department, | |
| | **(THIRD REQUEST)** |
| Defendants. | |
| MARY BENSON, an individual, | **Case. No.: 2:19-cv-01949-RFB-VCF** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE AND RESET 05/05/2022 EARLY NEUTRAL EVALUATION SESSION [ECF No. 36]** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; and BRET EMPEY, in his official capacity as a Sergeant of the Las Vegas Metropolitan Police Department, and as an individual, | |
| | **(THIRD REQUEST)** |
| Defendants | |

Plaintiffs' TROY and Mary BENSON, and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT AND JOSEPH LOMBARDO (collectively "Parties") by and through their respective counsel, hereby stipulate to the following:

IT IS HEREBY STIPULATED that, at the initiation of Plaintiff's undersigned counsel, the Early Neutral Evaluation Session, which is currently set for May 5, 2022, at 10:00 a.m. by ECF No. 36 before United States Magistrate Judge Daniel J. Albregts be

1

1  vacated. The parties require more time to prepare their written Early Neutral Evaluation

2  statements. In addition, Ms. McLetchie has competing obligations with her upcoming

3  wedding and has also had several competing deadlines in other matters. The Parties

4  respectfully request the Court grant their stipulation to continue the Early Neutral Evaluation

5  Session for all these reasons.

6         IT IS FURTHER STIPULATED that the following three (3) alternative dates have

7  been confirmed by all parties and their counsel to be available for rescheduling the Early

8  Neutral Evaluation Session at the Court's convenience:

9         1.     July 18th, 2022;

10        2.     July 19th, 2022; and

11        3.     July 28th, 2022.

12        With this resetting, the parties will be submitting their confidential written Early

13  Neutral Evaluation statements for the Court's *in camera* review ten (10) days prior to the

14  Early Neutral Evaluation Session, and agree to comply with all other aspects of the Court's

15  Order Scheduling the Early Neutral Evaluation (ECF No. 20.)

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

This request is made in good faith and is not sought for any improper purpose or for the purpose of delay.

**IT IS SO STIPULATED.**

DATED this 9th day of May 2022.             DATED this 9th day of May 2022.

**MCLETCHIE LAW**                   **MARQUIS AURBACH**

*/s/ Margaret A. McLetchie*          */s/ Nicholas D. Crosby*

Margaret A. McLetchie, NBN 10931    Nicholas D. Crosby, NBN 8996
McLetchie Law                       10001 Park Run Drive
602 South Tenth Street             Las Vegas, Nevada 89145
Las Vegas, NV 89101              *Attorney for Defendants Las Vegas*
*Attorneys of Plaintiff Troy Benson*    *Metropolitan Police Department and Joseph*
                                  *Lombardo*

## <u>ORDER</u>

**IT IS ORDERED** that the Early Neutral Evaluation scheduled for May 5, 2022 is VACATED and RESET to **Thursday, July 28, 2022** at **10:00 a.m.**

**IT IS FURTHER ORDERED** that the confidential evaluation statements must be submitted by Noon on Thursday, July 21, 2022.

**IT IS FURTHER ORDERED** that all other provisions of the Court's prior Order (ECF No. 20) entered in 2:21-cv-1928-RFB-BNW remain in effect.

DATED:  May 10, 2022

_____
DANIEL  J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE