UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TROY BENSON, an individual,<br><br>               Plaintiff,<br><br>  vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, in its official capacity; and JOSEPH LOMBARDO, in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department,<br><br>               Defendants. | Case No.:  2:21-cv-01928-ART-BNW<br><br>**ORDER APPROVING** |

### **STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Defendants Las Vegas Metropolitan Police Department and Joseph Lombardo, by and through their attorney of record, Nick D. Crosby, Esq., with Marquis Aurbach, and Plaintiff Troy Benson, by and through his attorney of record, Margaret A. McLetchie, Esq. of McLetchie Law, that the above-referenced matter be dismissed with prejudice; and

/ / /

/ / /

/ / /

MAC:14687-380 4856145_1

IT IS FURTHER STIPULATED that all parties bear their own attorney fees and costs.

IT IS SO STIPULATED this 29th day of September, 2022.

| MARQUIS AURBACH | MCLETCHIE LAW |
|---|---|
| By: */s/ Nick D. Crosby, Esq.*<br>Nick D. Crosby, Esq.<br>Nevada Bar No. 8996<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for LVMPD Defendants | By: */s/Margaret A. McLetchie*<br>Margaret A. McLetchie, Esq.<br>Nevada Bar No. 10931<br>602 South Tenth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED the above-referenced matter be dismissed with prejudice; and

IT IS FURTHER ORDERED that all parties bear their own attorney fees and costs.

DATED: October 3, 2022

_____
Anne R. Traum
United States District Court Judge